**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 2:26-cr-20076-MSN

STEVENSON WATSON,

Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATION

---

Pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge Claxton conducted a plea hearing in this case on October 27, 2026. After the hearing, Magistrate Judge Claxton filed a Report and Recommendation on Change of Plea (ECF No. 38, "Report"), finding that Defendant was fully competent and capable of entering an informed plea; the plea was made knowingly and with full understanding of each of the rights waived by Defendant; the plea was made voluntarily and free from any force, threats, or promises; Defendant understood the nature of the charges and penalties provided by law; and the plea had a sufficient basis in fact. (*Id.* at PageID 59.) The Report therefore recommends that the Court (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's guilty plea to Count One of the Indictment; and (3) adjudicate Defendant guilty of knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm and said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), as charged in Count One of the Indictment.

The Report provided notice that the parties had 14 days after service of the Report to file specific written objections to the proposed findings and recommendations and that failure to do so may constitute a waiver and/or forfeiture of objections, exceptions, and further appeal. Neither party has filed objections to the Report, and the period for doing so has expired.

After review, the Court agrees with the Report's findings and recommendations. Accordingly, pursuant to 28 U.S.C. § 636(b), the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation (ECF No. 38) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's guilty plea to Count One of the Indictment is **ACCEPTED**; and

(3) Defendant is hereby **ADJUDGED** guilty of knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm and said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1), as charged in Count One of the Indictment.

**IT IS SO ORDERED**, this 19th day of November, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE